UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA ROGAL,<br><br>              Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>              Defendant. | Case No. C12-5158-RSL<br><br>**ORDER AFFIRMING THE COMMISSIONER AND DISMISSING THE CASE** |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Court **AFFIRMS** the decision of the Commissioner and this case is

        **DISMISSED** with prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge

        Brian A. Tsuchida.

1      DATED this 12th day of February, 2013.

2

3

4                                                          /s/ Robert S. Lasnik
                                                          Robert S. Lasnik
                                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER AFFIRMING THE COMMISSIONER AND
DISMISSING THE CASE - 2